AO91 (Rev. 12/03)  Criminal Complaint                                                                 AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
vs.

**CRIMINAL COMPLAINT**

Jose Roberto CASTILLO
IAE
El Salvador 1967

United States District Court
Southern District Of Texas
FILED
NOV 0 4 2019
David J. Bradley, Clerk

Case Number: 7:19-po-10118

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 02, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Jose Roberto CASTILLO was encountered by Border Patrol Agents near Hidalgo, Texas on November 02, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on November 02, 2019 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/ Burgos-Morales, Nicolas  Border Patrol Agent
Signature of Complainant

Burgos-Morales, Nicolas    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 04, 2019                                                   at   McAllen, Texas
Date                                                                           City/State

J Scott Hacker            U.S. Magistrate Judge
Name of Judge           Title of Judge                        Signature of Judge